IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 14 C 4188 |
| | ) | |
| L.F.N. RESTAURANT, INC., d/b/a | ) | JUDGE JAMES F. HOLDERMAN |
| NANNI'S RESTAURANT, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, L.F.N. RESTAURANT, INC., d/b/a NANNI'S RESTAURANT, in the total amount of $35,949.09, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $525.00.

On August 4, 2014, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to Silver Sclano, Manager/Managing Agent) at its place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 25, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

<u>**CERTIFICATE OF SERVICE**</u>

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>18th</u> day of <u>September 2014</u>:

    Mr. Richard Block
    Mintz Levin Cohn Ferris
    666 Third Avenue
    New York, NY   10017

    Mr. Vittorio Miriel
    L.F.N. Restaurant, Inc., d/b/a Nanni's Restaurant
    146 East 46th Street
    New York, NY   10017-2601

        /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: <u>lmfinnegan@baumsigman.com</u>

I:\HEREW\LFN Restaurant\#25393\motion.lmf.df.wpd